\*THE STATE v. JESSE BROWN.

*Murder—Form of Indictment.*

1. The form of indictment for murder prescribed by ch. 58, Acts of 1887, is valid. *State* v. *Moore,* 104 N. C., 743, cited and affirmed.
2. Where no exceptions are made below, and no error is apparent upon the record, the judgment will be affirmed.

The defendant was indicted for murder and tried before *Boykin, J.,* at November Term, 1889, of the Superior Court of Craven County, and, upon conviction and judgment, appealed to this Court.

*The Attorney General,* for the State.
No counsel for defendant.

CLARK, J : There is no statement of case on appeal, no assignment of error, and, upon a careful inspection of the record, no error appears.

The bill of indictment is substantially in the form authorized by ch. 58, Acts of 1887, albeit it contains some expressions not required by it, and which are mere surplusage. The validity of that act, and the sufficiency of an indictment drawn in accordance with it, were sustained by this Court in *State* v. *Moore,* 104 N. C., 743. We cite that case and affirm it as to this point.

No error.

---

\*Head-notes by CLARK, J.